UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-5162-AEV

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STEPHEN CLARK,

Defendant.
_____/



## ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006 A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby

**ORDERED AND ADJUDGED** that the above named Defendant shall pay the total sum of ___$2000.00___ due in sixty (60) days from today's date.

The payment shall be sent, along with a copy of this order, to the Clerk of the Court, for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. Section 3006A(f). Unless such payment is made on or before the above stated date, the Court may terminate the appointment of counsel as the interest of justice may dictate,



pursuant to 18 U.S.C. Section 3006A(c).

It is further **ORDERED** that a Status Conference on reimbursement shall be held on

MONDAY, OCTOBER 2,            2000                at  9:30

a.m., before Magistrate Judge Ann E. Vitunac, in West Palm Beach, Florida. This hearing may be canceled upon advance notification to the magistrate Judge's Courtroom Deputy that payment(s) has (have) been met and is (are) current pursuant to payment schedule. If no notification has been made, or if payment(s) is (are) delinquent, both defense counsel and the defendant are required at the hearing.

July 19, 2000

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

c:   Dave Brannon, AFPD
     U.S. Attorney (Donald Chase)
     U.S. Marshal
     U.S. Pretrial Service
     Clerk of Court, Financial Section, Miami

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA  491925

UNITED STATES OF AMERICA

V.

ROBERT ESKIN

**WARRANT FOR ARREST**

**CASE NUMBER:** 00-4179-Snow

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __ROBERT ESKIN__

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense) possess with the intent to distribute marijuana, a Schedule I controlled substance, and conspire to do the same,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__

| | |
|---|---|
| Lurana S. Snow | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Amy Jordan | 7/19/00 at Fort Lauderdale, Florida |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ Pretrial Detention Requested | by /s/ Lurana S. Snow, United States Magistrate Judge |
| | Name of Judicial Officer |

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at __Ft. Lauderdale, FL__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/20/00 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 7/20/00 | FOR: DEA | Fred Depompa, SDUSM |