# COURT MINUTES - FORT PIERCE

**U.S. MAGISTRATE JUDGE FRANK J. LYNCH, JR.**

FORT PIERCE COURTHOUSE: __Courtroom #108__

FILED by ___ D.C.
JUL 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - FT. PIERCE

DEFT: __STEPHEN CLARK (J)__ *present*   CASE NO: __00-5162-AEV__

AUSA: __Donald Chase__ *present*   ATTORNEY: __CJA Thomas Garland__ *present*

AGENT: __Thomas Masters, DEA Task Force__   VIOL: __21:846 Consp PWID marijuana__

PROCEEDING: __Detention Hearing__ *present*   BOND REC: __PTD__   SET: _____

DISPOSITION:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____.
11) Travel extended to: _____.
12) _____ Halfway House _____
    _____ Electronic Monitoring _____

- Deft present w/ cnsl Thomas Garland.
- Parties stipulate to bond
- $50,000 CSB w/ Nebbia w/ special conds
- Gov cnsl to contact Clerk when Nebbia has been met
- Court will enter setting Nebbia hrng (if need be) in West Palm Beach at later date

NEXT COURT APPEARANCE: _____ DATE: _____ TIME: _____ JUDGE: _____ PLACE: _____
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 7/25/00   TIME: ~~9:30 A.M.~~ 10:00 A.M.   TAPE # 00-23-FJL  @ 716