DFC km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 - 6199

**CR-FERGUSON**

21 U.S.C. §841(a)(1)
21 U.S.C. §846
18 U.S.C. §2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,   )
                            )
vs.                         )
                            )
RONALD COXE,                )
STEPHEN CLARK, and          )
ROBERT ESKIN,               )
                            )
            Defendants.     )
_____)

FILED by _____ D.C.

JUL 27 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about April 5, 2000, and continuing to on or about July 18, 2000, at Broward and

Palm Beach Counties, in the Southern District of the Florida, and elsewhere, the defendants,

RONALD COXE,
STEPHEN CLARK, and
ROBERT ESKIN,

did knowingly and intentionally combine, conspire, confederate and agree with each other and

with persons known and unknown to the Grand Jury to possess with intent to distribute a

Schedule I controlled substance, that is,  a mixture and substance containing a detectable amount

of marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

2

All in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about July 18, 2000, at Broward and Palm Beach Counties, in the Southern District

of Florida, and elsewhere, the defendants,

> RONALD COXE,
> STEPHEN CLARKE, and
> ROBERT ESKIN,

did knowingly and intentionally  possess with intent to distribute a Schedule I controlled

substance, that is, a mixture and substance containing a detectable amount of marijuana, in

violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code,

Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES OF AMERICA**                    **CASE NO.** _____

v.                                              **CERTIFICATE OF TRIAL ATTORNEY\***

RONALD COXE,
STEPHEN CLARK, and
ROBERT ESKIN
_____

**Superseding Case Information**:

**Court Division**: (Select One)

    Miami  ___  Key West
 _X_ FTL  ___  WPB ___ FTP

New Defendant(s)          Yes ___    No ___
Number of New Defendants    ___
Total number of counts      ___

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:        (Yes or No) _NO_____
     List language and/or dialect  _ENGLISH_____

4.   This case will take _5__ days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                        (Check only one)

| | | | |
|---|---|---|---|
| I | 0 to 5 days | _X___ | Petty |
| II | 6 to 10 days | _____ | Minor |
| III | 11 to 20 days | _____ | Misdem. |
| IV | 21 to 60 days | _____ | Felony _x_ |
| V | 61 days and over | _____ | |

6.   Has this case been previously filed in this District Court? (Yes or No) NO___
If yes:
Judge: _____        Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) YES_____
If yes:
Magistrate Case No.   00-5162-AEV; 00-4179-SNOW_____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _JULY 18, 2000_____
Defendant(s) in state custody as of _____
Rule 20 from the _____        District of _____

Is this a potential death penalty case? (Yes or No) _____NO_____

7.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No    If yes, was it pending in the Central Region? __ Yes __ No

8.   Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077

\*Penalty Sheet(s) attached                                      REV.6/27/00

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __RONALD COXE_____    No.:_____

Count #I:
Conspiracy to Possess with the Intent to Distribute Marijuana_____

21 U.S.C. §846_____

*Max Penalty: Maximum of 20 years' imprisonment; $1,000,000 fine._____

_____

_____

Count #: II

Possession with the Intent to Distribute Marijuana_____

21 U.S.C. §841(a)(1)_____

*Max Penalty: 20 years' imprisonment; $1,000,000 fine._____

_____

Count #:

_____

_____

*Max Penalty:_____

_____

Count #:

_____

_____

*Max Penalty:_____

_____

**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: ___ROBERT ESKIN_____    No.:_____

Count #I:
Conspiracy to Possess with the Intent to Distribute Marijuana._____

21 U.S.C. §846 _____

*Max Penalty: Maximum of 20 years' imprisonment; $1,000,000 fine._____

_____

_____

Count #: II
Possession with the Intent to Distribute Marijuana _____._____

21 U.S.C. §841(a)(1) _____

*Max Penalty: 20 years' imprisonment; $1,000,000 fine._____

_____

Count #:

_____

_____

*Max Penalty: _____

_____

Count #:

_____

_____

*Max Penalty: _____

_____

**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: ___STEPHEN CLARK_____    No.:_____

Count #I:
Conspiracy to Possess with the Intent to Distribute Marijuana._____

21 U.S.C. §846_____

*Max Penalty: Maximum of 20 years' imprisonment; $1,000,000 fine._____

_____

_____

Count #: II
Possess with the Intent to Distribute Marijuana____._____

21 U.S.C. §841(a)(1)_____

*Max Penalty: 20 years' imprisonment; $1,000,000 fine._____

_____

Count #:

_____

_____

*Max Penalty:_____

_____

Count #:

_____

_____

*Max Penalty:_____

_____

**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.**
REV 12/12/96