# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 7/31/00    TIME: 10:00 AM

**DEFT.** STEPHEN CLARK (J)    **CASE NO.** 00-6199-CR_FERGUSON

**AUSA.** DONALD CHASE    **ATTY.** THOMAS GARLAND - CJA

**AGENT.** THOMAS D. MASTERS - DEA    PWID MARIJUANA
**VIOL.** 21:841(a)(1), 846

**PROCEEDING** ARRAIGNMENT    **BOND.** $50,000 w/10%

**DISPOSITION** Status Conf set 8/31/00 in Fort Lauderdale

Reading of Indictment Waived
Not Guilty plea entered    *Defendant arraigned.*
Jury trial demanded
Standing Discovery Order Requested.

DATE: 7/31/00    TAPE: LRJ-00- 64-1986.

13