UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6199-CR-FERGUSON

UNITED STATES OF AMERICA,

vs.

STEPHEN CLARK,
            Defendant.
_____/

### ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**    Jail No.:_____

                 Language: ENGLISH_____

                 Address:_____

                 _____

                 Tel. No:_____

**Defense Counsel:**    Name    :  THOMAS GARLAND_____

                       Address:  1541 SE PORT ST. LUCIE BLVD___

                                 PORT ST. LUCIE, FL 34952_____

                       Tel. No:  561-337-1122_____

**Bond Set/Continued:**    $ 50,000 w/10%.

Dated this 31st day of July, 2000.

                    CLARENCE MADDOX, CLERK

                    BY _____
                           Deputy Clerk

                              TAPE NO. LRJ-00 - 64-1986
                              DIGITAL START NO._____

15