# COURT MINUTES - FORT PIERCE

**U.S. MAGISTRATE JUDGE FRANK J. LYNCH, JR.**

FORT PIERCE COURTHOUSE: Courtroom #108

REC'D by ___ D.C.
AUG 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

REC'D by ___ D.C.
DKTG
AUG 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

FILED by ___ D.C.
JUL 2 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

00-6199CR-WDF

DEFT: STEPHEN CLARK (J), present     CASE NO: 00-5162-ABV
AUSA: Donald Chase  Diana Acosta, present     ATTORNEY: CJA Thomas Garland, present
AGENT: Thomas Masters, DEA Task Force     VIOL: 21:846 Consp PWID marijuana
PROCEEDING: Nebbia Hearing     BOND REC: $50K CSB w/Nebbia
DISPOSITION: ___

(✓) Do not violate any law.
(✓) Appear in court as directed.

Please docket in case # 00-6199-CR-FJL Graham

- Deft present w/cnsl Thomas Garland
- Nebbia hrng held:
- Donna Ashby (girlfriend) sworn & testimony taken re: source of funds
- Court sets $50,000 10% Cash bond co-sign by Donna Ashby

12) ___ Halfway House ___
___ Electronic Monitoring ___

reside at:
2120 Almeida Drive
Miami, FL

- do not encumber property (oise/1)

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 7/28/00     TIME: 10:00 A.M.     TAPE # 00-26-FJL @ 2220