| | |
|---|---|
| DEFT: Stephen Clark (no deft) | CASE NO: 00-6199-CR-Ferguson |
| AUSA: Don Chase /Rosenbaum | ATTNY: Thomas Garland present |
| AGENT: | VIOL: |
| PROCEEDING: Status Conference | BOND REC: |

BOND HEARING HELD - yes/no   COUNSEL APPOINTED:

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
AUG 3 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Most discovery out
except for tape transcripts
4 days to try
possible plea
Govt ready
no motions pending
Δ - will file
Motion to Continue

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 8-31-00   TIME: 11:00am   TAPE # 00-269 PG # 1794-2049

35