UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6199-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

STEPHEN CLARK,

  Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on August 31, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order with the exception of certain transcripts of audio tapes. The Government further stated that no motions are currently pending. The Government is ready to proceed and anticipates that this matter will require four days to try.

2. Defense counsel informed the Court that he has received the tapes from the Government. He further informed the Court that he will be moving to continue the trial of this cause.

DATED at Fort Lauderdale, Florida this 31st day of August 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Don Chase, Esquire
Assistant United States Attorney

Thomas Garland, Esquire
1541 SE Port St. Lucie Boulevard, Suite B
Port St. Lucie, Florida 34952-5456
Attorney for Defendant