

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,                              CASE NO. 00-6199-CR-FERGUSON

v.

STEPHEN CLARK,

Defendant.
_____/

### ORDER ON DEFENDANT'S UNOPPOSED
### MOTION FOR CONTINUANCE OF TRIAL

THIS CAUSE having come before the court on the Defendant, STEPHEN

CLARK's, Unopposed Motion For Continuance of Trial, the Government having no

objection thereto, and this Court being otherwise duly advised in the premises, it is

hereupon,

ORDERED AND ADJUDGED that the motion be and the same is hereby

### GRANTED.

The Trial in this matter shall be reset by the Court, with Notice to all parties

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County,

Florida, on this 21st day of September, 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished:

Thomas R. Garland, Attorney for Defendant STEPHEN CLARK
Donald Chase, Assistant United States Attorney
Neal Lewis, Esq., Attorney for Defendant, ROBERT ESKIN
Neal L. Sandberg, Esq., Attorney for Defendant, RONALD COXE

1