| | | | |
|---|---|---|---|
| DEFT: | Stephen Clark (B) | CASE NO: | 00-6199-CR-Ferguson (s) |
| AUSA: | Don Chase /Thompson/ | ATTNY: | Thomas Garland /present/ |
| AGENT: | | VIOL: | |
| PROCEEDING: | Arraignment on SS Indictment | BOND REC: | |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | |

BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

SEP 2 5 2000

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | |
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 10/10 | 11:00am | Snow | ✓ |
| DATE: 9-25-00 | TIME: 11:00am | TAPE # 00-072 | PG # | |

2350-2380