SEP 2 5 2000

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6199-CR-Ferguson (s)

UNITED STATES OF AMERICA

vs

Stephen Clark

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on   9-25-00   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | |
|---|---|
| DEFENDANT: | Address: See Bond |
| | Telephone: |
| DEFENSE COUNSEL: | Name: Thomas Garland |
| | Address: |
| | Telephone: |
| BOND SET/CONTINUED: | $ Cont'd on bond as set |

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this __25__ day of __September__, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. __00-072__

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

51