UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6199-CR-FERGUSON

UNITED STATES OF AMERICA )
)
)
v. )
)
)
RONALD COXE, )
STEPHEN CLARK, and )
ROBERT ESKIN, )
)
Defendants. )
_____ )

## GOVERNMENT'S SUPPLEMENTAL RESPONSE
## TO STANDING DISCOVERY ORDER

The United States files this response to the supplemental Standing Discovery Order

issued in this case. This supplemental response is numbered to correspond to that Order.

A.   5.   Books, papers, documents, photographs, tangible objects, buildings or
places which the government intends to use as evidence at trial to prove its
case in chief, or were obtained or belonging to the defendant may be
inspected on a mutually convenient time at the Office of the United States
Attorney, 500 East Broward Boulevard, Suite 700 in Fort Lauderdale,
Florida. Please call the undersigned to set up a date and time that is
convenient to the parties. The attachments to this discovery response are
not necessarily copies of all the books, papers, documents, etc., that the
government may intend to introduce at trial. Such attachments include the
following transcripts of conversations recorded during the investigation:
JUNE 23, 2000 11:24 A.M. RECORDED TELEPHONE
CONVERSATION; UNSUCCESSFUL ATTEMPTS ON JULY 17, 2000
BY THE CONFIDENTIAL INFORMANT TO SPEAK
TELEPHONICALLY TO THE DEFENDANT ROBERT ESKIN;
TRANSCRIPT OF JULY 18, 2000 MEETING BETWEEN THE
CONFIDENTIAL INFORMANT AND THE DEFENDANT ROBERT
ESKIN; JULY 18, 2000 4:33 P.M. AND 5:34 P.M. RECORDED
TELEPHONE CONVERSATIONS BETWEEN A CONFIDENTIAL
INFORMANT AND THE DEFENDANT ROBERT ESKIN; JULY 19,



2000 2:47 P.M. RECORDED TELEPHONE CONVERSATION
BETWEEN A CONFIDENTIAL INFORMANT AND THE
DEFENDANT ROBERT ESKIN; JUNE 18, 2000 11:40 A.M.
TELEPHONE CONVERSATION BETWEEN CONFIDENTIAL
INFORMANT AND DEFENDANT ROBERT ESKIN.

B.      DEMAND FOR RECIPROCAL DISCOVERY: The United States
requests the disclosure and production of materials enumerated as items 1,
2 and 3 of Section B of the Standing Discovery Order.  This request is
also made pursuant to Rule 16(b) of the Federal Rules of Criminal
Procedure.

H.      The government will advise the defendant prior to trial of its intent, if any,
to introduce during its case in chief proof of evidence pursuant to F.R.E.
404(b).  You are hereby on notice that all evidence made available to you
for inspection, as well as all statements disclosed herein or in any future
discovery letter, may be offered in the trial of this cause, under F.R.E.
404(b) or otherwise (including the inextricably-intertwined doctrine).

The government is aware of its continuing duty to disclose such newly discovered
additional information required by the Standing Discovery Order, Rule 16(c) of the Federal
Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of
the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in
accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby
demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

        Date:   July 18, 2000
        Place:  Southern Self Storage, 8452 West Okeechobee Boulevard, West Palm
        Beach, Florida

                                        Respectfully submitted,

                                        GUY A. LEWIS
                                        UNITED STATES ATTORNEY

By:

                                        DONALD F. CHASE, II
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court No. A5500077
                                        500 East Broward Boulevard, Suite 700
                                        Fort Lauderdale, Florida 33394
                                        Tel: (954) 356-7255
                                        Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United

States mail this 10th day of October 2000 to Neal Sandberg, Esq., 2650 Biscayne Boulevard,

Miami, Florida 33137-4590; and Thomas Garland, Esq., 1541 SE Port St. Lucie Boulevard, Port

St. Lucie, FL 34952.

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY