UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                    CASE NO. 00-6199-CR-FERGUSON

v.

STEPHEN CLARK,

    Defendant.
_____/

### NOTICE OF ALIBI

The Defendant, STEPHEN CLARK, by and through his undersigned counsel, and pursuant to Federal Rule of Criminal Procedure 12.1, states as follows:

A.    The government alleges that the Defendant was in Phoenix, Arizona on or about May 15, 2000. The government further alleges that the Defendant then drove a vehicle towing a boat and trailer from Arizona, arriving in Florida on or about June 1, 2000.

B.    During the dates from May 15, 2000 through June 1, 2000, the Defendant was either in the County of his residence, Dade County, Florida, or at or near the construction site of a house he was renovating in Pompano Beach, Broward County, Florida.

C.    The witnesses that the Defendant intends to call to testify as to his proffered alibi defense include the following:

        (1)    Lana Soll
                 14828 Breakness Place
                 Miami Lakes, Fl. 33016
                 (305) 820-3388



1

(2) Emil Ciuraru
639 NE 62nd Street
Miami, Fl. 33138
(305) 975-3243

(3) Donna Ashby
2120 Alamanda Drive
N. Miami, Fl. 33181
(305) 892-9600

(4) Joe and Lois Hawkins
2300 N.W. 10th Court
Pompano Beach, Fl.
(954) 974-2300

(5) Ron Krpata
Building Inspection Division
100 W. Atlantic Blvd., #360
Pompano Beach, Fl. 33060
(954) 786-4653

(6) William Wade
Building Inspection Division
100 W. Atlantic Blvd., #360
Pompano Beach, Fl. 33060
(954) 786-4669

(7) Roger McPherson
Building Inspection Division
100 W. Atlantic Blvd., #360
Pompano Beach, Fl. 33060
(954) 786-5564

Respectfully submitted this 29 day of November, 2000.

THOMAS R. GARLAND, P.A.
1541 SE Port St. Lucie Blvd., Ste. B
Port St. Lucie, Florida 34952
Tel. 561/337-1122
Fax: 561/337-1595

Thomas R. Garland, Esq.
Attorney for Defendant, STEPHEN CLARK
Florida Bar No. 0849502

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U. S. Mail on the  29  day of  November  , 2000, to:

Donald Chase, Esq.
Assistant United States Attorney
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel. (954) 356-7255
Fax (954) 356-7336

Neal Lewis, Esq.
Attorney for Defendant, ROBERT ESKIN
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel. (305) 254-2285
Fax (305) 254-2288

Neal L. Sandberg, Esq.
Simon, Schindler & Sandberg, P.A.
Attorneys for Defendant, RONALD COXE
2650 Biscayne Boulevard
Miami, Florida 33137
Tel. (305) 573-1300
Fax: (305) 576-1331


THOMAS R. GARLAND, P.A.
1541 SE Port St. Lucie Blvd., Ste. B
Port St. Lucie, Florida 34952
Tel. 561/337-1122
Fax: 561/337-1595

_____
Thomas R. Garland, Esq.
Attorney for Defendant, STEPHEN CLARK
Florida Bar No. 0849502