UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        CASE NO 00-6199-CR-FERGUSON

STEPHEN CLARK,

    Defendant.

_____/

FILED by _____ D.C.

DEC 11 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

COMES NOW the Defendant, STEPHEN CLARK, by and through his undersigned counsel, pursuant to Rule 12, Federal Rules of Criminal Procedure, and without objection by the Government, respectfully files this Motion for Continuance of the trial date herein, and in support thereof states:

1. This case is presently scheduled for trial period on December 18, 2000.

2. The defense respectfully requests a continuance of this trial date to permit further investigation and defense preparation.

3. The undersigned counsel anticipates meeting with the Government to further review this case and the tangible evidence sought to be introduced by the Government at trial.

4. Defense counsel needs additional time to obtain handwriting analysis of documents provided by the Government in discovery.

5. A continuance herein is absolutely necessary in order to permit a proper investigation of the facts, to allow for adequate preparation of Defendant's meritorious defense, and to insure his rights to due process of law, and to effective assistance of counsel as guaranteed by the Fifth, Sixth and Fourteenth Amendments to the United



1

States Constitution. Counsel submits that the interests of justice and fundamental fairness warrant Defendant receiving the relief herein sought.

6. The undersigned counsel has previously spoken with Assistant U. S. Attorney Donald Chase regarding the necessity of a continuance herein. He has expressed no objection to a defense request for a continuance.

WHEREFORE, based on the above and foregoing, the Defendant, STEPHEN CLARK, respectfully requests this Honorable Court enter an Order granting the Defendant a continuance of the trial date as presently set.

Respectfully submitted this 5th day of December, 2000.

THOMAS R. GARLAND, P.A.
1541 SE Port St. Lucie Blvd., Ste. B
Port St. Lucie, Florida 34952
Tel. 561/337-1122
Fax: 561/337-1895

Thomas R. Garland, Esq.
Attorney for Defendant, STEPHEN CLARK
Florida Bar No. 0849502

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U. S. Mail on the ___ day of December, 2000, to:

Donald Chase, Esq.
Assistant United States Attorney
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel. (954) 356-7255
Fax (954) 356-7336

Neal Lewis, Esq.
Attorney for Defendant, ROBERT ESKIN
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel. (305) 254-2285
Fax (305) 254-2288

Neal L. Sandberg, Esq.
Simon, Schindler & Sandberg, P.A.
Attorneys for Defendant, RONALD COXE
2650 Biscayne Boulevard
Miami, Florida 33137
Tel. (305) 573-1300
Fax: (305) 576-1331

        THOMAS R. GARLAND, P.A.
        1541 SE Port St. Lucie Blvd., Ste. B
        Port St. Lucie, Florida 34952
        Tel. 561/337-1122
        Fax: 561/337-1595

        _____
        Thomas R. Garland, Esq.
        Attorney for Defendant, STEPHEN CLARK
        Florida Bar No. 0849502