UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

CASE NO. 00-6199-CR-FERGUSON

v.

STEPHEN CLARK,

Defendant.
_____/

## MOTION FOR APPOINTMENT AND PAYMENT OF HANDWRITING EXPERT

The Defendant, STEPHEN CLARK, by and through his undersigned counsel, respectfully moves this Court for an Order authorizing the appointment and payment of a handwriting expert, and as grounds therefore says:

1. The Defendant has been charged in a 2 Count Indictment with Conspiracy and Possession With Intent to Distribute Marijuana.

2. The Defendant has been declared partially indigent and the undersigned counsel has been appointed to represent him under the Criminal Justice Act.

3. The Defendant has previously filed the affirmative defense of alibi, and an expert could corroborate or assist the Defendant's defense.

4. That since the Defendant is without funds, he does not have the ability to hire a handwriting expert to aid in the preparation of the defense, and therefore, requests the assistance of a handwriting expert. It is necessary to appoint a handwriting expert to analyze documents that the Government intends to use against the Defendant in this cause.

5.   Due to the seriousness of the charge and the complexity of the issues involved, it is necessary that Linda J. Hart, B.A., A.B.F.D.E., Forensic Document Examiner of Hart Questioned Document Laboratory, Inc., Miami, Florida be appointed to aid in the preparation of the Defendant's case for an initial retainer amount of $1,500.00

WHEREFORE, based upon the above and foregoing, the Defendant respectfully requests this Honorable Court enter an Order appointing Linda J. Hart, B.A., A.B.F.D.E., Forensic Document Examiner of Hart Questioned Document Laboratory, Inc., Miami, Florida, and authorizing the payment of the initial retainer in the amount of $1,500.00

Respectfully submitted this __18__ day of December, 2000.

> THOMAS R. GARLAND, P.A.
> 1541 SE Port St. Lucie Blvd., Ste. B
> Port St. Lucie, Florida 34952
> Tel. 561/337-1122
> Fax: 561/337-1595
>
> Thomas R. Garland, Esq.
> Attorney for Defendant, STEPHEN CLARK
> Florida Bar No. 0849502

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail on the __18__ day of December, 2000, to:

Donald Chase, Esq.
Assistant United States Attorney
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel. (954) 356-7255
Fax (954) 356-7336

Neal L. Sandberg, Esq.
Simon, Schindler & Sandberg, P.A.
Attorneys for Defendant, RONALD COXE
2650 Biscayne Boulevard
Miami, Florida 33137
Tel. (305) 573-1300
Fax: (305) 576-1331


THOMAS R. GARLAND, P.A.
1541 SE Port St. Lucie Blvd., Ste. B
Port St. Lucie, Florida 34952
Tel. 561/337-1122
Fax: 561/337-1595

_____
Thomas R. Garland, Esq.
Attorney for Defendant, STEPHEN CLARK
Florida Bar No. 0849502