UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA

-vs-

STEPHEN CLARK

THE HONORABLE
WILKIE FERGUSON

Case No. 00-6199-CR

### MOTION TO CONTINUE CALENDAR CALL AND SET A CHANGE OF PLEA DATE

STEPHEN CLARK, by and through his undersigned attorney, files this motion to continue the calendar call date and set a change of plea date and as grounds would state the following;

1. This case is scheduled for a calendar call on January 25th, 2001. Both parties have been working on negotiated terms for a change of plea and it is expected that this case will definitely resolve itself without going to trial.

2. The undersigned has been requested by Assistant United States Attorney Donald Chase to reschedule a change of plea until after February 14th, 2001. On January 25th, the prosecutor will be unavailable and out of country because of a serious illness in the family.

3. This is a stipulated and joint request for a continuance.

4. This motion is for good cause and not to cause an unnecessary delay in the proceedings.



Respectfully submitted,

_____
SCOTT B. SAUL, ESQ
1351 N.W. 16 ST
MIAMI, FL 33125
(305) 326-9901
FBN 717525

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this pleading was forwarded to Assistant United States Attorney Donald Chase by fax on this January 17th, 2001.

_____
SCOTT B. SAUL
FBN 717525