UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION

UNITED STATES OF AMERICA

THE HONORABLE JUDGE
WILKIE D. FERGUSON, JR

v.

CASE NO. 00-6199-CR

STEVEN CLARKE

FILED by _____ D.C.
JAN 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS AGREED by between the undersigned counsel that CJA counsel withdraw as counsel of record for the Defendant STEVEN CLARKE and that SCOTT B. SAUL be substituted as counsel of record for the Defendant herein. It is respectfully requested that this honorable Court accept this stipulated substitution of counsel and enter an order reflecting this stipulated substitution.

DATE this _____ DAY OF January, 2001.

_____
THOMAS R. GARLAND, P.A.
1541 S.E. PORT ST. LUCIE BOULEVARD
SUITE B
PORT ST LUCIE, FLORIDA 34952
FL BAR 0849502

_____
SCOTT B. SAUL, ESQUIRE
1351 N.W. 16TH STREET
MIAMI, FLORIDA 33125
FL BAR 717525



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the Assistant United State Attorney Donald Chase of the above Circuit, on this ___ day of <u>January,</u> 2000.

_____
SCOTT B. SAUL, ESQUIRE
FL BAR NO. 717525