UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA

v.

STEPHEN CLARK

WILKIE D. FERGUSON

Case No.00-6199-CR

FILED by _____ D.C.
JAN 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

ORDER ALLOWING SUBSTITUTION OF COUNSEL

This cause came before the Court on Defendant, STEPHEN CLARK, Motion for a Substitution of Counsel, and with defense counsel and the Assistant United States Attorney DONALD CHASE, not being present, it is

ORDERED AND ADJUDGED that SCOTT B. SAUL, ESQUIRE is substituted as permanent attorney and CJA THOMAS R. GARLAND. is discharged.

DONE AND ORDERED at Miami, Florida this 23RD day of January, 2001.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: AUSA DONALD CHASE
    THOMAS R. GARLAND, Esq

