UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION

UNITED STATES OF AMERICA

THE HONORABLE
WILKIE FERGUSON

v.

CASE NO. 00-6199-CR

STEPHEN CLARK

_____

### RESPONSE TO PRE-SENTENCE INVESTIGATION

PARAGRAPH 17  Clark's only involvement was that of a driver. He never loaded or off-loaded marijuana. Although Clark did rent a warehouse, he was doing so without perceiving or understanding how the conspiracy was working since Clark simply allowed codefendant Coxe to utilize his identity. This was done to insulate and protect Coxe. Clark had nothing to do with the coordination or direction of any aspect of this conspiracy.

Since Coxe was the leader/ organizer of the conspiracy, Eskin was a financier (and therefore would have a financial stake in the conspiracy) and Wortman was involved with the distribution, then Clark would clearly be the least culpable member of this conspiracy and his role should be comparable to that of the stereotypical "mule". Clark should have a minor role adjustment especially when he is compared to the three other men, whom each have clearly very defined roles within this conspiracy. Clark's guideline range and punishment must be distinguishable from the other members. A three level reduction is respectfully requested.

<u>PARAGRAPH 70</u> There exists legitimate grounds for a downward departure, pursuant to 5K2.0., that are not adequately covered by the sentencing guidelines.

This is a case where the relationship between codefendants Clark and Coxe started off in a very legitimate manner and that relationship continued for a long time before it mutated into a criminal conspiracy. Clark befriended Coxe because of their affinity for restoring old Cadillacs... not because of any desire to get involved with transporting marijuana. These two men would get together, eat meals, talk cars and discuss legitimate money making ventures. Coxe owned a used car lot which attracted Clark and Clark was into small real estate deals which attracted Coxe. Over bagels and cream cheese, the two men would discuss their shared interests and hobbies.

When he felt comfortable enough, Coxe started to reveal to Clark that, in the past, Coxe was a high flying drug smuggler during the 1980's. Clark never gave these tales much credence until Coxe produced a portfolio of magazine and newspaper articles chronicling his swashbuckling exploits. Clark had no idea that Coxe was still involved in that illegal lifestyle.

Since Coxe revealed things about his past, Clark, in turn, would also reveal woes about his own life. Clark explained that he was constantly depressed because of the self-perceived calamities of his life. In a short time span, Clark saw the passing away of his parents and sister. He was the primary caretaker for these family members which made the illnesses and deaths all the more difficult. Clark developed clinical depression where he needed professional help and was prescribed psychotropic medications. In addition to the bereaving, Clark also had a string of bad financial luck. His family-owned real estate, now under the exclusive control by Clark, fell into

serious debt.

There came a time when Clark had to try to borrow money in order to meet living expenses and maintain the mortgages on his property. Eventually, Coxe offered to come to Clark's aid and lend him funds. The repayment of the load was to be done through normal channels and had nothing to do with marijuana. Eventually, when Clark was having difficulty in repaying the loan, Coxe offered a way for Clark to work off the debt rather than pay it off. This was Clark's initiation into Coxe's small drug organization.

Because Clark had such a very legitimate relationship with Coxe (separate from transporting marijuana), it is unrealistic to classify all or even the majority of the two men's meetings as solely to further the conspiracy. Clark had no holistic vision of this conspiracy and, with the exception of his friend Coxe, he did not know who the other people were that were involved in the conspiracy. If Clark did not have an initial close relationship with Coxe, if he was not buried in debt and if he was suffering from severe depression, then it is arguable that Clark would have never become involved in this particular conspiracy. Clark was a prime candidate for exploitation by another.

The manner in which Clark became associated with Coxe was in such a unique circumstance that it should, legally, distinguish this factual scenario from that which is usually covered by the *sentencing guidelines.*

> The decision as to whether and to what extent departure is warranted rests with the sentencing court on a case-specific basis....Any case may involve factors in addition to those identified that have not been given adequate consideration by the Commission...the court may depart from the guidelines, even though the reason for departure is taken into

(3)

consideration in determining the guidelines range, if the court determines that, in light of unusual circumstances, the weight attached to that factor under the guidelines inadequate or excessive.

### Section 5K2.grounds for Departure (Policy statement)

This honorable Court should consider a reduction from the sentencing guidelines based upon the following factors;

1) Diminished Capacity- Stephen Clark, at the time of his participation in the conspiracy, was bereaving the deaths of family members, suffering from extreme economic hardship and being treated for depression. He did not have his full mental faculties in order to properly steer him when making the decision to assit Coxe.

2) Aberrant behavior- The defendant has never had any problems with the law in the past. The criminal behavior is unlike anything the defendant has ever participated in. All persons familiar with Stephen Clark are shocked to learn of the accusations. The participation in the conspiracy is only because of the difficult emotional and financial times of Clark's life.

3) Vulnerability to being Exploited- Codefendant Coxe was a seasoned drug dealer, familiar with the idiosyncracies of the law and of the narcotics business. He used Clark to insulate himself from the effect of the law. Clark's identity was used to purchase a car and a boat. Clark never enjoyed the fruits of what his name was on, he merely lent his      clean criminal record in order for Coxe to benefit from it. Likewise, Coxe learned so much of Clark and his person issues that he was like putty in the hands of the overseeing Coxe. Without Coxe pulling the strings, Clark would have never ended up in a criminal

conspiracy.

There are additional grounds for a downward departure which shall be argued in Court. A nine level reduction, in order to place the defendant at a level twelve, is respectfully requested.

Respectfully submitted,

SCOTT B. SAUL, ESQUIRE
FL BAR NO. 717525

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the Assistant United States Attorney Don Chase on this June 6, 2001.

SCOTT B. SAUL, ESQUIRE
FL BAR NO. 717525
1351 N.W. 16 STREET
MIAMI, FL 33125
(305) 326-9901