UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION

UNITED STATES OF AMERICA

v.

STEPHEN CLARK

THE HONORABLE
WILKIE FERGUSON

CASE NO. 00-6199-CR

MOTION TO CONTINUE JULY 29TH SENTENCING UNTIL AFTER AUGUST 1ST, 2001

The undersigned attorney respectfully asks to continue the July 29th, 2001 sentencing date and as grounds would state the following;

1. In order to avoid litigating a motion for a downward departure, it is necessary to delay the sentencing for 30 days. Assistant United States Attorney Donald Chase has no objection to the Court granting this motion. It is believed that there are issues that can be worked out without litigation before the Court however the parties need more time to resolve the issues.

Respectfully submitted,

SCOTT B. SAUL, ESQUIRE
FL BAR NO. 717525

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the Assistant United States Attorney Don Chase on this June 26, 2001.

SCOTT B. SAUL, ESQUIRE
FL BAR NO. 717525
1351 N.W. 16 STREET
MIAMI, FL 33125
(305) 326-9901

LAW OFFICES OF SCOTT B. SAUL
1351 N.W. 16th Street Miami, FL 33125 • Phone: (305) 326-9901 • Fax: (305) 325-9454