SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JUL 3 2001

CASE # CO-6199-CR-WDF

DEFENDANT: S. Clark
JUDGE: WILKIE D. FERGUSON
Deputy Clerk: TROY T. WALKER
DATE: June 29, 2001
Court Reporter: ~~Paul Haferling~~ Bockstard
USPO: D. Clantey
AUSA: Don Chase
Deft's Counsel: Scott Serule

COUNTS DISMISSED: All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to appeal

JUDGMENT AND SENTENCE

Imprisonment    Years    Months 30    Counts

Supervised Release    3 yrs (See f, c for details)

Probation    Years    Months    Counts

Comments _____

Assessment $ 100.00    Fine $ None
Restitution /Other   N/A

CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal
✓ Voluntary Surrender to (designated institution or U. S. Marshal Service) on 9/28/01
Commitment Recommendation: Shock Treatment. South FL