UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6199-CR-FERGUSON(s)

UNITED STATES OF AMERICA,

-vs-

STEPHEN CLARK,

Defendant.
_____/

## MOTION FOR AN ENLARGEMENT OF REPORTING DATE

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, files this motion for an enlargement of time for the defendant to report to prison and, in support of this request, shows the following:

1. On June 29, 2001, this Court sentenced the defendant to a term of 30 months imprisonment for conspiring to possess with the intent to distribute marijuana, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

2. Since the sentencing of the defendant, task force officers assigned to the Drug Enforcement Administration have been able to develop information provided by the defendant to seize marijuana and a boat that contained secret compartments.

3. The undersigned prosecutor is in the process of preparing for a trial that is to commence in another court on October 1, 2001 and he has not had an adequate opportunity to



1

interview the law enforcement officers involved and obtain the authorization required to file a Federal Rule of Criminal Procedure 35 motion on behalf of the defendant.

WHEREFORE, the United States of America requests that the defendant's reporting date to prison be delayed thirty (30) days until the Court has had an opportunity to review the Rule 35 motion for reduction of sentence filed by the government on behalf of the defendant and rule upon the same.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court Number A5500077
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33396
Tel. (954) 356-7255, extension 3513
Fax. (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26th

day of September 2001, to: Scott Saul, 1351 N.W. 16th St. Miami, FL. 33125.

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY