UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.                           Case No. 00-6199-CR-FERGUSON

STEPHEN CLARK,
    Defendant.
_____/

### ORDER DISMISSING AS MOOT MOTION FOR ENLARGEMENT OF REPORTING DATE

THIS MATTER is before the Court on the above-mentioned motion filed by defendant Stephen Clark on September 26, 2001. After considering the motion, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **_DISMISSED_** as moot because the surrender date, September 28, 2001 has passed.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 17th day of October, 2001.

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

Copies
Donald Chase, AUSA
Scott Saul, Esq.,
1351 N.W. 16th Street
Miami, FL 33125

