UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Vs.        Case No. 00-6199-CR-FERGUSON

STEPHEN CLARK,
        Defendant,
_____/

FILED by _____ D.C.
OCT 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER VACATING ORDER DISMISSING AS MOOT MOTION FOR ENLARGEMENT OF REPORTING DATE AND GRANTING MOTION FOR ENLARGEMENT OF REPORTING DATE

This Cause came before the Court upon the government's Motion For Enlargement Of Reporting Date. The Court having considered said motion and the facts stated therein, Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Order dated October 17, 2001 dismissing motion for enlargement of reporting date is *VACATED*. The defendant's surrender date is extended to **October 29, 2001**, before 2:00 p.m.

**DONE AND ORDERED** at Fort Lauderdale, Florida this _19th_ day of October 2001.

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

Donald Chase, AUSA
Scott Saul, Esq.,
U.S. Marshal

