UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION

UNITED STATES OF AMERICA

THE HONORABLE
WILKIE FERGUSON

v.

CASE NO. 00-6199-CR

STEPHEN CLARK

### EMERGENCY MOTION TO DELAY SERVING SENTENCE FOR 45 DAYS

The undersigned attorney files this emergency motion to delay having the defendant serve his sentence for 45 days and as grounds would state the following;

1. It is essential for this pleading to be placed under seal because of the confidential nature of it's contents.

2. This motion is being filed at the strong request of the defendant. The undersigned is committed to being a strong and zealous advocate on behalf of his client.

3. The defendant was sentenced to thirty months in prison. That imposition of that sentence has been delayed in the past.

4. Based upon conversations between the undersigned and the assigned prosecutor, as well as from conversations with law enforcement personnel, it is a strong expectation by the defendant that he will be eligible for a Rule 35 and therefore in a position to have a new sentencing.

5. The defendant strongly believes that if he does not get an opportunity to have a new sentencing before he turns himself into the Bureau of Prisons, then the Rule 35 will be in vain and he will never achieve a benefit from any cooperation that he provided. The defendant truly put his safety on the line by providing substantial assistance.

6. The defendant would like for the government to file a Rule 35 motion before he needs to surrender himself. This way he will get an equitable result from his substantial assistance.

WHEREFORE, it is respectfully requested that this honorable court delay the defendant having to surrender himself for 45 days because of the above reasons.



Respectfully submitted,

SCOTT B. SAUL, ESQUIRE
FL BAR NO. 717525

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the Assistant United States Attorney Don Chase, by fax, on this 10/26/01.

SCOTT B. SAUL
FL BAR NO. 717525
1351 N.W. 16 STREET
MIAMI, FL 33125
(305) 326-9901