AO 245B (Rev. 3/95) Sheet 2 - Imprisonment

Judgment-Page 2 of 6

**DEFENDANT:** STEPHEN CLARK, (J) 17982-004  53863-004
**CASE NUMBER:** 0:00CR06199-002  Ferguso

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 month(s).

As to Count Two of the Indictment.

[X] The court makes the following recommendations to the Bureau of Prisons:

That the defendant participate in the Shock Treatment Program when he becomes eligible. The defendant shall be incarcerated at an institution in South Florida.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
  [ ] at _____ a.m./p.m. on _____ .
  [ ] as notified by the United States Marshal.

[X] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [X] before 2 p.m. on 09/28/2001
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 11-13-01 to FCC at Lewisburg, PA, with a certified copy of this judgment.

DONALD ROMINE, WARDEN
UNITED STATES MARSHAL

By Rose M. Troise L.I.E.
Deputy U.S. Marshal
ISM