UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION

UNITED STATES OF AMERICA

THE HONORABLE
WILKIE FERGUSON

v.

CASE NO. 00-6199-CR

STEPHEN CLARK
_____/

### MOTION TO HAVE DEFENDANT TRANSERED BACK TO THE FEDERAL DETENTION CENTER FOR A RE-SENTENCING

The undersigned attorney respectfully requests that this honorable court enter an order transferring the defendant to the Federal Detection Center for a re-sentencing and as grounds would state the following;

1. The Government has filed a Rule 35 on behalf of the defendant. He is now eligible for a re-sentencing. He is currently being housed at;

   Inmate Stephen Clarke # 53863004
   The Intensive Confinement Center
   P.O Box 1000
   Lewisburg, PA 17837

2. It is requested that this motion and corresponding order be kept under seal because of the nature of the pleading.

Respectfully submitted,

SCOTT B. SAUL, ESQUIRE
FL BAR NO. 717525
1351 N.W. 16th Street
Miami, Fl 33125
(305) 326-9901

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to Assistant United States Attorney Don Chase, by fax, on this 2/11/02.

SCOTT B. SAUL, ESQUIRE
FBN 717525