UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

Case No. 00-6199-CR-FERGUSON

Plaintiff(s)

vs.

STEVEN CLARK (J)

Defendant(s).
_____/

### NOTICE SETTING HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a **RULE 35** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301, on March 21, 2002 at 11:00 A.M.** Thirty (30) minutes have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 21st day of February 2002.

_____
DELORIS MCINTOSH
DEPUTY CLERK

copies provided:
Donald Chase, AUSA
Scott Saul, Esq.,
U.S. Marshal