UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAR 0 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA )
    Plaintiff, )    Case No. 00-CR-6199-Ferguson
     )
v. )    MOTION FOR DISBURSEMENT OF BOND
     )
STEPHEN CLARK )
    Defendant )
_____ )

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by <u>Donna Ashby Clark and Stephen Clark</u> in the amount of <u>$ 5,000.00</u> plus any accrued interest be refunded to:

<u>Donna Ashby Clark, Stephen Clark 2120 Alamanda Dr. N. Miami Bch 33181</u>
(Payee and Mailing Address for Check)(Notarized assignment required if payee different from person posting bond.)

**(The above payee must complete the attached Internal Revenue Service Form W-9 or if the payee is a nonresident alien individual, they must request from the Financial Section and complete Form W-8.)**

_Donna Ashby Clark_
Donna Ashby Clark
(Petitioner)

_Stephen Clark_
Stephen Clark
(Petitioner)

Consented to by:

_Elizabeth Ruf Stein_, Assistant U.S. Attorney
ELIZABETH RUF STEIN

ORDER

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at FT. LAUDERDALE, Florida, this 5th day of March, 2002.

_____
UNITED STATES DISTRICT JUDGE

c:   U.S. Attorney
      Petitioner/Counsel of Record
      Financial Deputy Clerk (w/original W-8 or W-9)