UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA         Case No. 00-6199-CR-FERGUSON

    Plaintiff(s)

vs.

STEPHEN CLARKE (J)

    Defendant(s).
_____/

### RE-NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a **RULE 35** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301, on April 10, 2002 at 9:00 A.M.** Thirty (30) minutes have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 20th day of March, 2002.

                                                  KAREN GARDNER
                                                DEPUTY CLERK

copies provided:
Donald Chase, AUSA
Scott Saul, Esq.,