# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by _____ D.C.
MAY 0 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6199-CR-FERGUSON__    Date: __MAY 1, 2002__

Clerk: __Karen Gardner__    Reporter: __Bob Ryckoff__

USPO: __N/A__    Interpreter: __N/A__

**UNITED STATES OF AMERICA vs.** __STEPHEN CLARKE (J)__

AUSA: __Donald Chase__

Defendant(s) Counsel: __Scott Sauls, Esq.,__

Defendant(s) Present __X__ Not Present_____ In Custody __X__

Reason for hearing: **RULE 35 HEARING**

Result of hearing: __Sealed proceeding.__

Case Continued to: _____ Time: _____ P.M. _____